UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MATTHEW MILLER,

        Plaintiff,                      Case No.  1:19-CV-811

v.                                    HON. ROBERT J. JONKER

KALAMAZOO COLLEGE,

        Defendant.

| Mark S. Wilkinson (P68765) | Rebecca L. Strauss (P64796) |
|---|---|
| PALADIN EMPLOYMENT LAW PLLC | Blake C. Padget (P82978) |
| *Attorney for Plaintiff* | MILLER JOHNSON |
| 251 North Rose Street | *Attorneys for Defendant* |
| Suite 200, PMB No. 288 | Radisson Plaza Hotel & Suites |
| Kalamazoo, MI 49007 | 100 West Michigan Avenue, Suite 200 |
| (269) 978-2474 | Kalamazoo, MI 49007 |
|  | (269) 226-2986 |

## **DEFENDANT'S MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL**

        Defendant, Kalamazoo College, moves to disqualify Plaintiff's counsel in this case. This motion is supported by the accompanying brief.  In accordance with LCivR 7.1(d), Defendant sought Plaintiff's concurrence in this motion. Concurrence was not granted.  A certificate of attempt to obtain concurrence is filed with this motion.

                                                    MILLER JOHNSON
                                                    Attorneys for Defendant

Dated:  October 28, 2019                By  */s/ Rebecca L. Strauss*
                                                     Rebecca L. Strauss (P64796)
                                                     Blake C. Padget (P82978)
                                                   Business Address:
                                                       Radisson Plaza Hotel & Suites
                                                       100 West Michigan Avenue, Suite 200
                                                       Kalamazoo, MI 49007
                                                   Telephone:  (269) 226-2986