UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

M\ATT M\ILLER,

    Plaintiff,

v.

K\ALAMAZOO C\OLLEGE,

    Defendant.

_____/

Hon. Robert J. Jonker

Case No. 1:19-cv-00811

## ORDER

This matter is before the Court on Defendant's motion for order to disqualify plaintiff's counsel. (ECF No. 6).

The Court held a hearing on the motion today, at which counsel for both parties appeared. Having considered the parties' oral and written submissions, and for the reasons stated on the record, the motion is **DENIED**.

**IT IS SO ORDERED**.

Date: November 26, 2019

                                              /s/ Phillip J. Green
                                              PHILLIP J. GREEN
                                              United States Magistrate Judge